UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Sergio BRIZUELA, <br><br> on behalf of himself and all others similarly situated, <br><br> *Petitioner*, <br><br> v. <br><br> Jose FELICIANO, Warden, New Haven Correctional Center; Leo C. ARNONE, Commissioner, Connecticut Department of Correction; Connecticut Department of Correction, <br><br> *Respondents*. | Case No. 3:12-cv-00226 <br><br> Date: February 22, 2012 |

## DECLARATION OF TRAVIS SILVA

I, TRAVIS SILVA, upon my personal knowledge, and in accordance with 28 U.S.C. § 1746, hereby declare as follows:

1. I am a Law Student Intern at the Jerome N. Frank Legal Services Organization, Yale Law School.

2. Attached hereto as Exhibit A is a true and correct redacted copy of the Order of Release on Own Recognizance the Department of Homeland Security issued to Roberto Carlos Menjivar Lopez on December 8, 2011.

3. Attached hereto as Exhibit B is a true and correct redacted copy of the Federal Torts Claim Act claim submitted by Manuel Sebastian Castro Largo on November 14, 2011.

4. Attached hereto as Exhibit C is a true and correct copy of the State of Connecticut Judicial Branch Pending Case Detail printout for the criminal charges against Petitioner Sergio Brizuela.

5. Attached hereto as Exhibit D is a true and correct copy of the "Statement by [Connecticut] Undersecretary for Criminal Justice Mike Lawlor" dated February 20,

2012. The statement is publicly available on the Governor of Connecticut's website at http://www.governor.ct.gov/malloy/cwp/view.asp?Q=499428&A=4010.

6. Attached hereto as Exhibit E are true and correct copies of the Department of Homeland Security's website regarding the Secure Communities program, publicly available at http://www.ice.gov/secure_communities/, and its Standard Operating Procedures for the program, publicly available at http://epic.org/privacy/secure_communities/securecommunitiesops93009.pdf

7. Attached hereto as Exhibit F is a true and correct copy of a report of the Homeland Security Advisory Council's Task Force on Secure Communities dated September, 2011. The report is publicly available on the Department of Homeland Security's website at http://www.dhs.gov/xlibrary/assets/hsac-task-force-on-secure-communities.pdf.

8. Attached hereto as Exhibit G are true and correct redacted copies of various Connecticut Department of Correction "Inmate Information" printouts. These printouts were obtained and printed from the Department of Correction by law student interns at the Jerome N. Frank Legal Services Organization working under my supervision.

9. Attached hereto as Exhibit H is a true and correct copy of an example immigration detainer, ICE form I-247.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Dated: February 22, 2012
New Haven, Connecticut

TRAVIS SILVA
JEROME N. FRANK
LEGAL SERVICES ORGANIZATION
P.O. Box 209090
New Haven, CT 06520-9090
Telephone: (203) 432-4800
Facsimile: (203) 432-1426