# Exhibit G

CT.gov State of Connecticut | Governor Dannel P. Malloy | Search [ ] Go

# DEPARTMENT OF CORRECTION

Home    About Us    Publications    Forms    Contact Us

## Inmate Information

| | |
|---|---|
| Inmate Number: | ▮ |
| Inmate Name: | BRIZUELA,SERGIO A |
| Date of Birth: | ▮ |
| Latest Admission Date: | 11/21/2011 |
| Current Location: | NEW HAVEN CC |
| Status: | UNSENTENCED |
| Bond Amount: | 25000 |
| Controlling Offense: | STRANGULATION 2ND DEGREE DF |
| Date of Sentence: | Not Applicable |
| Maximum Sentence: | 0 Year(s) 0 Month(s) 0 Day(s) |
| Maximum Release Date: | Not Applicable |
| Estimated Release Date: | Not Applicable |
| Special Parole End Date: | Not Applicable |
| Detainer: | IMMIGRATION |

Due to possible changes in the application of Risk Reduction Earned Credits, release dates may be subject to change.



Home        About Us        Publications        Forms        Cont:

## Inmate Information

| | |
|---|---|
| Inmate Number: | ▮▮▮▮ |
| Inmate Name: | HERRERA,JUAN |
| Date of Birth: | ▮▮▮▮ |
| Latest Admission Date: | 2/14/2012 |
| Current Location: | HARTFORD CC |
| Status: | OTHER |
| Bond Amount: | 1000 |
| Controlling Offense: | ALLOWING PERSON UNDER 16 TO OPERATE MV M |
| Date of Sentence: | Not Applicable |
| Maximum Sentence: | 0 Year(s) 0 Month(s) 0 Day(s) |
| Maximum Release Date: | Not Applicable |
| Estimated Release Date: | Not Applicable |
| Special Parole End Date: | Not Applicable |
| Detainer: | IMMIGRATION |

Due to possible changes in the application of Risk Reduction Earned Credits, release dates may be subject to change.

**State of Connecticut**

Governor Dannel P. Malloy | Search

# DEPARTMENT OF CORRECTION

Home    About Us    Publications    Forms    Contact Us

## Inmate Information

| | |
|---|---|
| Inmate Number: | ▇▇▇ |
| Inmate Name: | REYES,CESAR |
| Date of Birth: | ▇▇▇ |
| Latest Admission Date: | 10/21/2011 |
| Current Location: | HARTFORD CC |
| Status: | UNSENTENCED |
| Bond Amount: | 25000 |
| Controlling Offense: | CRIM VIOL OF PROTECTIVE ORDER AM |
| Date of Sentence: | Not Applicable |
| Maximum Sentence: | 0 Year(s) 0 Month(s) 0 Day(s) |
| Maximum Release Date: | Not Applicable |
| Estimated Release Date: | Not Applicable |
| Special Parole End Date: | Not Applicable |
| Detainer: | IMMIGRATION |

Due to possible changes in the application of Risk Reduction Earned Credits, release dates may be subject to change.



Home    About Us    Publications    Forms    Contact Us

## Inmate Information

| | |
|---|---|
| Inmate Number: | ███ |
| Inmate Name: | VELAZQUEZ,ESQUIVELGABRIEL |
| Date of Birth: | ███ |
| Latest Admission Date: | 5/16/2011 |
| Current Location: | OSBORN CI |
| Status: | UNSENTENCED |
| Bond Amount: | 5000 |
| Controlling Offense: | FORGERY, SECOND DEGREE DF |
| Date of Sentence: | Not Applicable |
| Maximum Sentence: | 0 Year(s) 0 Month(s) 0 Day(s) |
| Maximum Release Date: | Not Applicable |
| Estimated Release Date: | Not Applicable |
| Special Parole End Date: | Not Applicable |
| Detainer: | IMMIGRATION |