UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Sergio BRIZUELA, on behalf of himself and all others similarly situated,<br><br>   Petitioner,<br><br>  v.<br><br>Jose FELICIANO, Warden, New Haven Correctional Center; Leo C. ARNONE, Commissioner, Connecticut Department of Correction; Connecticut Department of Correction,<br><br>   Respondents. | Case No. 3:12-cv-0226 (JBA)<br><br><br><br>June 30, 2013 |

**MOTION TO WITHDRAW AS COUNSEL**

  Please permit the withdrawal of attorney Anne Lai as counsel for Petitioner Sergio Brizuela in the above-captioned matter. Attorneys Muneer I. Ahmad and Michael J. Wishnie will continue as counsel for Petitioner.

Dated: June 30, 2013        By  /s/ Anne Lai
                  Anne Lai (ct28707)
                  JEROME N.FRANK
                    LEGAL SERVICES ORGANIZATION
                  Yale Law School
                  P.O. Box 209090
                  New Haven, CT 06520
                  annie.lai@yale.edu
                  Tel:  (203) 432-4800
                  Fax: (204) 432-1426

## CERTIFICATE OF SERVICE

      I hereby certify that, on June 30, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.   Parties may access this filing through the Court's CM/ECF System.

                                                                /s/ Anne Lai
                                                                 Anne Lai